Bessie CARTER, Appellant, v. COMMONWEALTH of Kentucky, for Use of Lacie Walton.

Feb. 9, 1943.

W. C. Hamilton for appellant.

Robert H. Winn and Lewis A. White for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

MILES, Movant, v. VONDERHEIDE, Opposed.

March 26, 1943.

Liggett B. Armstrong and J. R. Carpenter for movant.

Frank M. Dailey, Jr., and Polk South, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

YELTON-WEBSTER'S ADM'R et al., Movant, v. WEBSTER'S ADM'R, Opposed.

March 26, 1943.

E. E. Barton for movant.

W. M. Davis for opposed.

PER CURIAM.

Motion for appeal denied; judgment affirmed.